JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN VELASQUEZ, | ) | CASE NO. CV 13-8830-FMO (PJW) |
| Petitioner, | ) ) ) | |
| v. | ) ) | J U D G M E N T |
| J. MACOMBER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>June 29, 2015</u>

<pre>                              /s/
                     FERNANDO M. OLGUIN
                     UNITED STATES DISTRICT JUDGE</pre>

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment exemplar.wpd